158 A.3d 566

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ALBERTO MARTINEZ (A/K/A BERT MARTINEZ),
DEFENDANT–PETITIONER.

January 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003368–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.